

It's that kind of experience.

September 18, 2012

Re:   *Patrick Collins, Inc. v John Does 1-33*, Civil Action No. 2:12-cv-13309-MAG-MKM;
      **Subpoena and Court Order to Provide Customer Information**

Dear

IMPORTANT NOTICE REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY

We have received a Subpoena in the referenced case to disclose certain customer information (name, address, telephone number, email address and MAC address) associated with IP Address 24.192.209.147, used on 05/15/2012, as further described in the Subpoena issued to us by the Law Offices of Nicoletti, LLC. The Subpoena was issued to us in accordance with an Order issued by Judge Mark A. Goldsmith. We have attached the Subpoena for your reference.

WOW is not a party to this lawsuit, and has taken no part in this filing. We are, however, legally required to respond to the Subpoena. We cannot provide legal advice to you on this matter.

In accordance with the Order, if you wish to move to quash the Subpoena, you must do so two (2) business days before the return date of the subpoena, which was extended to **October 12, 2012**. Please be advised that, unless WOW is served with a motion to quash signed by the court on or before **October 10, 2012**, we intend to provide the requested information. If you intend to take actions to modify or quash the Subpoena before we respond, motion papers signed by the court can be served upon WOW via Fax number 630-536-3108 immediately, and we will withhold the information pending the Court's consideration of your motion.

Very truly yours,

David Walden
Vice President, IT
WOW Internet, Cable and Phone